Wayne C. Mayer
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
Fax (619) 281-2963

Attorney for Material Witness: **ROSALIA DEBESA BOTELO**

FILED

2006 SEP -7 PM 1:52

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06 CR 1108 H |
| Plaintiff, ) | EXPARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS |
| vs. ) | |
| CRISTOBAL GONZALEZ BALTIERRA, ) | **ROSALIA DEBESA BOTELO** |
| Defendant. ) | |

### EXPARTE APPLICATION

I, Wayne C. Mayer, attorney for the material witness **ROSALIA DEBESA BOTELO**, submit this exparte application and order to exonerate the appearance bond securing the attendance of the material witness in this case.

This application is made after I obtained authorization from the Office of the United States Attorney and the defense attorney to remand the material witness to the Bureau of Customs and Border Protection (BCBP), and after the material witness was remanded to the custody of BCBP for the return of the material witness to Mexico.

On behalf to the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the material witness bond.

I affirm the above is true and correct under penalty of perjury under the laws of the United States.

Dated: 9/5/06

Wayne C. Mayer, Attorney for Material Witness
ROSALIA DEBESA BOTELO

## ORDER

On application of Wayne C. Mayer, attorney for the named material witnesses, **AND GOOD CAUSE APPEARING;**

**IT IS HEREBY ORDERED** that the bond for the material witness **ROSALIA DEBESA BOTELO** be exonerated.

**IT IS FURTHER ORDERED** that the bond be refunded to the surety listed in the bonding documents.

Dated: 9/6/06

Honorable Marilyn L. Huff
United States District Court

Wayne C. Mayer<br>
4619 Van Dyke Avenue<br>
San Diego, CA 92116<br>
(619) 281-9263<br>
Fax: (619) 281-2963<br>
Cellular: 760-250-1456

# Law Offices of Wayne C. Mayer

September 5, 2006

The Honorable Marilyn L. Huff
United States District Court
940 Front Street
San Diego, CA 92101

RE:     **USA VS. CRISTOBAL GONZALEZ BALTIERRA**
        06 CR 1108 H

        Material Witness: **ROSALIA DEBESA BOTELO**

Dear Judge Huff:

I was appointed to represent the material witness in the above referenced criminal prosecution.

On July 17, 2006 the defendant pled guilty in open court. At the time of the plea it was agreed that the out of custody material witness could be surrendered for her voluntary return to her country of origin.

I thereafter surrendered **ROSALIA DEBESA BOTELO** to Bureau of Customs and Border Protection who accepted jurisdiction over the material witness.

Enclosed is an EXPARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE THE BOND FUNDS, which I have prepared in this matter. The $500 cash deposit should be returned the surety Cesar Eduardo Valladares, 26701 Quail Creek, Apt 128, Laguna Hills, CA 92653. Assuming the Order meets with the Court's approval, I request the Court sign the Order, have your clerk file the original, and provide this office with a conformed copy.

Thank you for allowing this office to represent the material witnesses in this matter.

Sincerely,

Wayne C. Mayer
Attorney at Law
WCM:bms
Encl.